COLONIE BLOCK AND SUPPLY CO., INC., Respondent, v. D. H. OVER-MYER CO., INC., et al., Appellants.—

Order and judgment affirmed, with costs. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.